**BALL v. RANDOLPH COUNTY BD. OF ADJUST.**

[349 N.C. 348 (1998)]

WILLIAM AND ALICE BALL, Petitioners v. RANDOLPH COUNTY BOARD OF
ADJUSTMENT, Respondent

No. 172PA98

(Filed 4 December 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 129 N.C. App. 300, 498 S.E.2d 833 (1998), affirming a judgment entered 30 April 1997 by Martin (Lester P., Jr.), J., in Superior Court, Randolph County. Heard in the Supreme Court 17 November 1998.

*Wyatt Early Harris & Wheeler, L.L.P., by Thomas E. Terrell, Jr., for petitioner-appellees.*

*Gavin, Cox, Pugh, Gavin and Etheridge, by Alan V. Pugh, for respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.